UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ROBERT WILKINS,

        Plaintiff,                    Case No. 1:20-cv-1057

v.                                    Honorable Paul L. Maloney

UNKNOWN KAWALSKI et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   March 17, 2021                /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                         United States District Judge